IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK ALLEN GILMAN,

    Plaintiff,

v.

CORRECT CARE SOLUTIONS, et al.
and DANE COUNTY JAIL, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-7-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Mark Allen Gilman's failure to prosecute it.

/s/                                                     9/26/2017

Peter Oppeneer, Clerk of Court                 Date